UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


MICHAEL FRENCHE

    v.                                                                              CA 14-263 ML

CAROLYN W. COLVIN
Commissioner of the Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on June 30, 2015 (Docket #20). No objection has been filed and the time for doing so has passed.

Having considered the record and the Report and Recommendation, this Court concurs in the Magistrate Judge's findings and conclusions. The Report and Recommendation is adopted. The Commissioner's Motion for an Order Affirming the Commissioner's Decision is GRANTED. Plaintiff's Motion to Reverse is DENIED.


SO ORDERED:


*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
July 20, 2015